IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

IN THE MATTER OF THE APPLICATION OF

THE EXTRADITION OF

ATTILA KISS

_____

16-MR- 5090

**(FILED UNDER SEAL)**

### COMPLAINT
(18 U.S.C. § 3184)

I, Aaron J. Mango, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1.     In this matter I act for and on behalf of the Government of Romania.

2.     There is an extradition treaty in force between the United States and Romania, Extradition Treaty Between the United States of America and Romania and the Protocol to the Treaty Between the United States of America and Romania on Mutual Legal Assistance in Criminal Matters, U.S. - Rom., September 10, 2007, S. TREATY DOC. NO. 110-11 (2008).

3.     Pursuant to the treaty, the Government of Romania has submitted a formal request through diplomatic channels for the extradition of ATTILA KISS ("KISS") who is wanted to serve a sentence of three years and six months' imprisonment.

4.      KISS was charged with, and convicted of, forgery of official documents, in violation of Article 288(1), with application of Article 41(2) of the Romanian Penal Code and Article 37(b) of the Romanian Penal Code; and association in order to commit offences in violation of Article 323(1) of the Romanian Penal Code with application of Article 37(1)(b) of the Romanian Penal Code.   KISS was sentenced by the Târgu-Mureş Local Court to serve nine months for his conviction for forgery of official documents and three years and six months for association in order to commit offences.  The Târgu-Mureş Local Court merged the two sentences and imposed the maximum sentence of three years and six months' imprisonment.   On January 3, 2011, the Târgu-Mureş Local Court issued Detention Warrant No. 86/2010 for Attila Kiss.

5.      The warrant was issued on the basis of the following facts: KISS forged Romanian or foreign official documents by counterfeiting and altering the content of pre-existing official documents.   Pursuant to a judicially authorized search of his home on or about February 1, 2004, Romanian authorities found numerous forged documents, including Spanish passports (serial number M542103 01833737-Q, issued in the name of Polaino Beltran Fernando, and serial number P327831 P ESP P 327831, issued in the name of Argudo Garcia Benjamin).  In addition, the Romanian police confiscated from KISS's residence an identity card and a driver's license in the name of Attila Nagy but with the photograph of defendant KISS.  KISS admitted during the Romanian proceedings that, at the request of co-defendant Nicolaie Călbază, he agreed to attempt to forge the passports in exchange for EUR 500.  In telephone conversations, KISS is overheard proposing to Călbază that Călbază no longer send the documents to established forgers because KISS

2

was offering his services.  The Târgu-Mureş Local Court concluded that Călbază, KISS and others worked together as criminal associates in order to obtain a material gain.


6.     KISS was present for the prosecution of the case, was represented by counsel, and provided testimony.  KISS was not present for the issuance of the penal judgment and failed to appear in court at any time thereafter.


7.     KISS may be found within the jurisdiction of this court at the Buffalo Federal Detention Center, 4250 Federal Drive, Batavia, NY.


8.     Michael N. Jacobsohn, an attorney in the Office of the Legal Adviser of the United States Department of State, has provided the Department of Justice with a declaration authenticating a copy of the diplomatic note by which the request for extradition was made and a copy of the extradition treaty between the United States and Romania, stating that the offenses for which extradition is demanded are covered by the treaty, and confirming that the documents supporting the request for extradition bear the certificate or seal of the Ministry of Justice, or Ministry or Department responsible for foreign affairs, of Romania, in accordance with Article 10 of the Extradition Treaty so as to enable them to be received in evidence.


9.     The declaration from the Department of State with its attachments, including a copy of the diplomatic note from the requesting state, a copy of the relevant extradition treaty, and the certified documents submitted in support of the request, (marked collectively

as **Exhibit 1**) are filed with this complaint and incorporated by reference herein.

10.     The person named above would be likely to flee if he learned of the existence of a warrant for his arrest.

11.     Based on the forgoing, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with the Extradition Treaty between the United States and Romania, and18 U.S.C. § 3184, so that the fugitive may be arrested and brought before this court, "to the end that the evidence of criminality may be heard and considered" and that this complaint and the warrant be placed under the seal of the court until such time as the warrant is executed.

                                                    Aaron J. Mango
                                                    Assistant United States Attorney

Sworn to before me this 1st day of
September, 2016

HON. MICHAEL J. ROEMER
United States Magistrate Judge

4

# Exhibit 1

DISTRICT OF COLUMBIA, ss:

<u>DECLARATION OF MICHAEL N. JACOBSOHN</u>

I, Michael N. Jacobsohn, declare and say as follows:

1. I am an Attorney Adviser in the Office of the Legal Adviser for the Department of State, Washington, D.C. This office has responsibility for extradition requests, and I am charged with the extradition case of Attila Kiss. I make the following statements based upon my personal knowledge and upon information made available to me in the performance of my official duties.

2. In accordance with the provisions of the Extradition Treaty in full force and effect between the United States and Romania, the Embassy of Romania has submitted Diplomatic Note 1751, dated June 15, 2015, formally requesting the extradition of Attila Kiss. The Ministry of Justice of Romania submitted additional information relating to this request to the United States Department of Justice, by letter dated March 4, 2016. Copies of the diplomatic note and letter are attached to this declaration.

3. The relevant and applicable treaty provisions in full force and effect between the United States and Romania are found in the Extradition Treaty between the United States of America and Romania, signed on September 10, 2007 (the "Extradition Treaty"). A copy of the Extradition Treaty is attached to this declaration.

4. In accordance with Article 20 of the Extradition Treaty, the United States represents the interests of Romania in proceedings in its courts arising out of extradition requests made by Romania, and Romania provides similar representation in its courts for extradition requests made by the United States.

5. The offenses for which extradition is sought are covered by Article 2 of the Extradition Treaty.

16041610-3

# United States of America



### DEPARTMENT OF STATE

## *To all to whom these presents shall come, Greetings:*

...tify That Michael N. Jacobsohn, whose name is subscribed to the document hereunto
...was at the time of subscribing the same Attorney Adviser, Office of the Legal Adviser,
...nt of State, United States of America, and that full faith and credit are due to his acts as

*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have
hereunto caused the seal of the Department of State to be affixed and
my name subscribed by the Assistant Authentication Officer, of the
said Department, at the city of Washington, in the District of
Columbia, this twenty-second day of June, 2016.

*John I. Kerry*
_____
Secretary of State

By *I. Crawford*
_____
Assistant Authentication Officer,
Department of State

Issued purs... ...n C... State of
Sept. 15, 1... St... ...69; 22
USC 2657; ... C 2... 5 USC
301; 28 USC... et... 8 USC
1443(f); RU... Fed... ...ules of
Civil Proced...

-2-

6.   In accordance with Article 10 of the Extradition Treaty, documents that bear the certificate or seal of the Ministry or Department of Justice, or the Ministry or Department responsible for foreign affairs, of the Requesting State are admissible in extradition proceedings without further certification, authentication, or other legalization.  Therefore, such documents satisfy the authentication requirements without the need for certification by the U.S. Embassy in Bucharest.  Romania, in submitting documents in the instant case that bear the certificate or seal of the Ministry of Justice, has complied with the Extradition Treaty requirements with respect to authentication.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 2/, 2016.

_____
MICHAEL N. JACOBSOHN

Attachments:
1. Copies of Note and Letter
2. Copy of Extradition Treaty



**EMBASSY OF ROMANIA**
to the United States of America
1607 23ʳᵈ Street NW
Washington, DC 20008

Phone: +1 202 9866973
Fax: +1 202 2324748
E-mail: office@roembus.org



L/LEI

2015 JUN 19 P 3:16

DEPARTMENT OF STATE

Nr. 1751

The Embassy of Romania to the United States of America presents its compliments to the United States Department of State and, according to the provisions of the Extradition Treaty between Romania and the United States of America, signed in Bucharest on the 10ᵗʰ of September 2007 and entered into force on the 8ᵗʰ of May 2009, and the letter of the Ministry of Justice of Romania, dated May 19, 2015, has the honor to submit, hereby enclosed, the request for extradition to Romania of the Romanian national **Attila KISS**, located by the U.S. authorities on the territory of the United States of America.

The Embassy of Romania to the United States of America avails itself of this opportunity to renew to the US Department of State the assurances of its highest consideration.

Washington D.C., June 15, 2015

*Enclosure:*
*Letter of the Ministry of Justice of Romania and the supporting documents.*

UNITED STATES DEPARTMENT OF STATE

**Office of the Legal Adviser**

cc/
United States Department of Justice
Criminal Division
Office of International Affairs

 MINISTERUL JUSTIȚIEI

Bucharest, 04.03.2016
Ref ns. 19171/2015/CN

U.S. Department of Justice
Criminal Division
Office of International Affairs
1301 New York Avenue, N.W.
Suite 800
Washington DC 20005

In attention to : Deborah GAYNUS,
Senior Trial Attorney

Dear colleagues,

Further to your ellectronic message dated 1 March 2016, concerning the additional information needed in regard to the extradition request against KISS ATTILA, we communicate you the following:

As regards the reference made by the Romanian court to article 35 (2) of Law No. 302/2004, please be advised that article 35 was mentioned by error, the article which regulates the terms for the statute of limitation is, in fact, article 33.

You will find bellow the texts of articles 126 para 1 lett. b and article 128 para. 2 of the 1968 Criminal code and article 33 para. 2 of Law No. 302/2004:

Provisions of Law 15/1968 on the Romanian Criminal Code:

ARTICLE 126
Terms of statute of limitation for the execution of the penalty
(1) The terms of statute of limitation for the execution of the penalty are:
......................................................................................................................................................
b) 5 years, plus the length of the penalty to be served, while not exceeding 15 years, in case of the other penalties of imprisonment;"

ARTICLE 128
Suspension in the course of the statute of limitation
......................................................................................................................................................
(2) The course of the statute of limitation term in Art. 126 shall be suspended in the cases and on the conditions provided in the Criminal Procedure Code.

 Str. Apolodor nr. 17, sector 5, 050741 București, România
Tel. +4 037 204 1082
www.just.ro

Pagina 1 din 3

COD: FS-01-03-ver.2

MINISTERUL JUSTIȚIEI

LAW No. 302 of 28 June 2004 on international judicial cooperation in criminal matters, republished (text in force as of 26 December 2013)

ARTICLE 33
Periods of time limitation
............................................................................................................................................
 (2) The submission of the request for extradition shall interrupt the period of time limitation previously not expired.

In case you need any other additional information, please communicate us.

Respectfully yours,

Viviana Onaca,
Director 
Directorate for International Law and Judicial Cooperation

 Str. Apolodor nr. 17, sector 5, 050741 București, România
Tel. +4 037 204 1082
www.just.ro

Pagina 2 din 2

COD: FS-01-03-ver.2



EMBASSY OF ROMANIA
to the United States of America
1607 23rd Street NW
Washington, DC 20008

Phone. +1 202 9868973
Fax:    +1 202 2324748
E-mail: office@roembus.org



U.S.A.- ROMANIA   135   RELATII DIPLOMATICE
DIPLOMATIC RELATIONS  1880 - 2011   ROMANIA - S.U.A.

L/LEI
2015 JUN 19 P 3:16
DEPARTMENT OF STATE

Nr. *1751*

The Embassy of Romania to the United States of America presents its compliments to the United States Department of State and, according to the provisions of the Extradition Treaty between Romania and the United States of America, signed in Bucharest on the 10th of September 2007 and entered into force on the 8th of May 2009, and the letter of the Ministry of Justice of Romania, dated May 19, 2015, has the honor to submit, hereby enclosed, the request for extradition to Romania of the Romanian national **Attila KISS**, located by the U.S. authorities on the territory of the United States of America.

The Embassy of Romania to the United States of America avails itself of this opportunity to renew to the US Department of State the assurances of its highest consideration.

Washington D.C., June 15, 2015

*Enclosure:*
*Letter of the Ministry of Justice of Romania and the supporting documents.*

**UNITED STATES DEPARTMENT OF STATE**

**Office of the Legal Adviser**

cc/
United States Department of Justice
Criminal Division
Office of International Affairs

*Translated from Romanian*

ROMANIA
MINISTRY OF JUSTICE

Bucharest, 28 April 2015
Our ref. 19171/2015

**U.S. Department of Justice**
**Office of International Affairs**
**Criminal Division**
**1301 New York Avenue, N.W.**
**Suite 800**
**Washington DC 20005**

The Romanian Ministry of Justice hereby greets the U.S. Department of Justice and, in accordance with the provisions of the Extradition Treaty entered into between Romania and the United States of America, signed in Bucharest on 10 September 2007, has the honour to kindly ask that it forwards to the competent U.S. authorities this

## EXTRADITION REQUEST

in respect of the sentenced person KISS ATTILA, a Romanian citizen, born on 8 July 1971 in Miercurea Ciuc, Harghita County, son of Odon and Katalin, domiciled in Târgu-Mureș, Aleea Carpați No. 41, Apt. 7, Mureș County, located on the territory of the United States of America.

The extradition of Kiss Attila is requested in view of him serving the sentence of 3 years and 6 months imprisonment, imposed by Penal Judgment no. 80 of 2 February 2010 issued by Târgu-Mureș Local Court, amended and final by Penal Decision no. 308/A of 7 December 2010 issued by Mureș Tribunal.

By Penal Judgment no. 80 of 2 February 2010, the Târgu-Mureș Local Court sentenced defendant Kiss Attila to the following sentences:

-   9 months imprisonment for having committed the offence of material forgery in official documents, provisioned by Article 288 (2), with application of Article 41 (2) of the Romanian Penal Code and Article 37 (b) of the Romanian Penal Code;

-   3 years and 6 months imprisonment for having committed the offence of association in order to commit offences, provisioned by Article 323 (1) of the Romanian Penal Code.

---

*I, the undersigned GHEORGHIU OANA-LILIANA, certified translator, holder of license no. 6392/2002, issued by the Ministry of Justice, hereby certify the accuracy of this translation with the document written in Romanian.*

2

Based on Article 34 (1) (b) of the Romanian Penal Code, in conjunction with Article 33 (a) of the Romanian Penal Code, the Târgu-Mureş Local Court merged the penalties of 9 months imprisonment and 3 years and 6 months imprisonment and imposed the most severe sentence, of 3 years and 6 months imprisonment.

Based on Article 357 (2) (a) of the Penal Procedure Code, in conjunction with Article 88 (1) of the Romanian Penal Code, the court deducted from the length of the imposed sentence the length of provisional custody and arrest, from 2 February 2004 to 27 July 2004.

By Penal Decision no. 308/A of 7 December 2010, the Mureş Tribunal admitted the appeals filed by the defendants Călbază Nicolaie and Kiss Attila against Penal Judgment no. 80 of 2 February 2010 issued by Târgu-Mureş Local Court. Thus, the Mureş Tribunal partially cancelled the appealed judgment, and, upon re-judgment, the court ordered that the legal classification of the fact committed by the defendant Kiss Attila is changed from the offence provisioned by Article 288 (2) of the Romanian Penal Code, with application of Article 41 (2) and Article 37 (b) of the Romanian Penal Code into the offence provisioned by Article 288 (1), with application of Article 41 (2) and of Article 37 (b) of the Romanian Penal Code. For this offence (material forgery in official documents), the Mureş Tribunal sentenced Kiss Attila to 9 months imprisonment.

At the same time, the Mureş Tribunal maintained the orders of the first court regarding the sentence imposed to the same defendant for having committed the offences provisioned by Article 323 (1) of the Romanian Penal Code, with application of Article 37 (1) (b) of the Romanian Penal Code, to a penalty of 3 years and 6 months imprisonment. Also, the court maintained the orders regarding the merger of the penalties of 9 months imprisonment and 3 years and 6 months imprisonment to the most severe penalty of 3 years and 6 months imprisonment.

Detention Warrant no. 86/2010 of 3 January 2011, issued by Târgu-Mureş Local Court could not be implemented because the sentenced person Kiss Attila evaded the service of his sentence, leaving the country, and thus an international APB was put out, and he was located in the U.S. territory.

In accordance with the provisions of Article 8 of the Extradition Treaty entered into between Romania and the United States of America, signed in Bucharest on 10 September 2010, the following documents shall be attached to this request:

**Attachment A, containing the following:**

- report on the history of the proceedings in this case, prepared by Târgu-Mureş Local Court, including a copy of the applicable legal texts, information on the identity of the requested person, as well as information on the sentenced person's presence in the proceedings;

- AFIS fingerprint records.

*I, the undersigned GHEORGHIU OANA-LILIANA, certified translator, holder of license no. 6392/2002, issued by the Ministry of Justice, hereby certify the accuracy of this translation with the document written in Romanian.*

3

**Attachment B, containing the following:**

- certified copy of the indictment of 28 May 2004 issued by the Prosecutor's Office Prosecutor's Office attached to Târgu Mureş Court of Appeal;

- certified copy of Penal Judgment no. 80 of 02 February 2010 issued by Târgu Mureş Local Court;

- certified copy of Penal Decision no. 308/A of 07 January 2010 issued by Mureş Tribunal;

- certified copy of the closure for postponement of the ruling of 02 March 2011 issued by Târgu Mureş Court of Appeal;

- certified copy of Penal Decision no. 140/R of 07 March 2011 issued by Târgu Mureş Court of Appeal.

**Attachment C:** certified copy of detention warrant no. 86/2010 of 03 January 2011 issued by Târgu – Mureş Local Court.

**Attachment D, containing the following:**

- certified copy of the minutes of 06 February 2004;

- certified copy of Letter no. 229.205/HR of 04 February 2004 issued by the General Inspectorate of Romanian Police, Regional Centre against Organised Crime and Antidrug of Târgu Mureş;

- certified copy of Letter no. 229.205/HR of 17 February 2004 of the General Inspectorate of the Romanian Police, Regional Centre against Organised Crime and Antidrug of Târgu Mureş;

- statement given by co-defendant Călbază Nicolae on 15 March 2004;

- certified copy of the statement given by defendant Călbază Nicolae on 27 May 2004;

- certified copy of the statement given by defendant Kiss Attila on 20 April 2004;

- certified copy of the statement given by defendant Kiss Attila on 13 May 2005;

- certified copy of the Romania translation of the letter issued by the Spanish Ministry of Internal Affairs, General Commissariat for Foreigners and Documentation.

The documents are accompanied by certified English translations.

---

*I, the undersigned GHEORGHIU OANA-LILIANA, certified translator, holder of license no. 6392/2002, issued by the Ministry of Justice, hereby certify the accuracy of this translation, with the document written in Romanian.*

Certified translator
GHEORGHIU
OANA-LILIANA
AUTORIZATIE NR. 6392

4

In accordance with the provisions of Article 10 of the Extradition Treaty entered into between Romania and the United States of America, signed in Bucharest on 10 September 2007, the extradition request and the documents attached thereto have been certified by applying the stamp of the Romanian Ministry of Justice.

If any additional information and data is required for the settlement of this request, they will be provided as a matter of emergency to the U.S. authorities.

The Romanian Ministry of Justice thanks in advance the U.S. Department of Justice for its kind cooperation and takes this opportunity to reassure you of its highest consideration.

Director
**Viviana ONACA**

[Signature: illegible]
**International Law and Judicial Cooperation Division**

---

*I, the undersigned GHEORGHIU OANA-LILIANA, certified translator, holder of license no. 6392/2002, issued by the Ministry of Justice, hereby certify the accuracy of this translation with the document written in Romanian.*



Bucureşti, 28 aprilie 2015
Ref ns. 19171/2015

**Departamentul de Justiţie al Statelor Unite ale Americii**
**U.S. Department of Justice**
**Office of International Affairs**
**Criminal Division**
**1301 New York Avenue, N.W.**
**Suite 800**
**Washington DC 20005**

Ministerul Justiţiei al României prezintă salutul său Departamentului de Justiţie al Statelor Unite ale Americii şi, în conformitate cu dispoziţiile Tratatului de extrădare dintre România şi Statele Unite ale Americii, semnat la Bucureşti, la 10 septembrie 2007, are onoarea de a-i transmite rugămintea amabilă de a supune autorităţilor americane competente prezenta

### CERERE DE EXTRĂDARE

a condamnatului KISS ATTILA, având cetăţenie română, născut la data de 8 iulie 1971 în oraşul Miercurea Ciuc, judeţul Harghita, fiul lui Odon şi Katalin, cu domiciliul în oraşul Târgu-Mureş, Aleea Carpaţi nr. 41, apart.7, judeţul Mureş, localizat pe teritoriul Statelor Unite ale Americii.

Extrădarea numitului Kiss Attila se solicită în vederea executării pedepsei de 3 ani şi 6 luni închisoare, aplicată prin sentinţa penală nr. 80 din 2 februarie 2010 a Judecătoriei Târgu -Mureş, modificată şi definitivă prin decizia penală nr. 308/A din 7 decembrie 2010 a Tribunalului Mureş.

Prin sentinţa penală nr. 80 din 2 februarie 2010 Judecătoria Târgu-Mureş l-a condamnat pe inculpatul Kiss Attila la următoarele pedepse:
- 9 luni închisoare pentru săvârşirea infracţiunii de fals material în înscrisuri oficiale, faptă prevăzută de art. 288 alin. 2, cu aplicarea art. 41 alin. 2 din Codul penal al României şi a art. 37 lit. b) din Codul penal al României;
- 3 ani şi 6 luni închisoare pentru săvârşirea infracţiunii de asociere pentru săvârşirea de infracţiuni, faptă prevăzută de art. 323 alin. 1 din Codul Penal român.



Str. Apolodor nr. 17, sector 5, 050741
Bucureşti, România
www.just.ro

COD: FP-01-03-ver.1



În temeiul art. 34 alin. 1 lit. b) din Codul penal al României, raportat la art. 33 lit. a) din Codul penal roman Judecătoria Târgu-Mureş a contopit pedepsele de 9 luni închisoare şi 3 ani şi 6 luni închisoare şi a aplicat pedeapsa cea mai grea, de 3 ani şi 6 luni închisoare.

În baza art. 357 alin.2 lit. a) din Codul de procedură penală, raportat la art. 88 alin. 1 din Codul penal roman, instanţa a dedus din durata pedepsei aplicate durata reţinerii şi arestării preventive, de la 2 februarie 2004 până la 27 iulie 2004.

Prin decizia penală nr. 308/A din 7 decembrie 2010 Tribunalul Mureş a admis apelurile declarate de inculpaţii Călbază Nicolaie şi Kiss Attila împotriva sentinţei penale nr. 80 din 2 februarie 2010 a Judecătoriei Târgu-Mureş. Astfel, Tribunalul Mureş a desfiinţat parţial sentinţa atacată, iar în rejudecare a dispus schimbarea încadrării juridice a faptei inculpatului Kiss Attila, din infracţiunea prevăzută de art. 288 alin. 2 din Codul penal al României, cu aplicarea art. 41 alin. 2 şi art. 37 lit. b) din Codul penal al României în infracţiunea prevăzută de art. 288 alin. 1, cu aplicarea art. 41 alin. 2 şi a art. 37 lit. b) din Codul penal roman. Pentru această infracţiune (fals material în înscrisuri oficiale) Tribunalul Mureş l-a condamnat pe Kiss Attila la o pedeapsă de 9 luni închisoare.

Totodată, Tribunalul Mureş a menţinut dispoziţiile primei instanţe, privind condamnarea aceluiaşi inculpat pentru inculpat pentru săvârşirea infracţiunii prevăzute de art. 323 alin. 1 din Codul penal al României, cu aplicarea art. 37 alin. 1 lit. b) din Codul penal al României, la o pedeapsă de 3 ani şi 6 luni închisoare. De asemenea, s-au menţinut dispoziţiile cu privire la contopirea pedepselor de 9 luni închisoare şi 3 ani şi 6 luni închisoare în pedeapsa cea mai grea, de 3 ani şi 6 luni închisoare.

Mandatul de executare a pedepsei închisorii nr. 86/2010 din 3 ianuarie 2011, emis de Judecătoria Târgu-Mureş, nu a putut fi adus la îndeplinire, întrucât condamnatul Kiss Attila s-a sustras de la executarea pedepsei, părăsind ţara, astfel încât a fost dat în urmărire internaţională, fiind localizat pe teritoriul SUA.

În conformitate cu dispoziţiile art. 8 din Tratatul de extrădare între România şi Statele Unite ale Americii, semnat la Bucureşti, la 10 septembrie 2007, la prezenta cerere se anexează următoarele:

**Ataşamentul A, care conţine următoarele:**

- referat privind istoricul procedural al cazului, întocmit de Judecătoria Târgu –Mureş, care include copia textelor legale aplicabile, informaţii referitoare la identitatea persoanei solicitate precum şi informaţii privind prezenţa la judecată a condamnatului;

- fişa dactiloscopică AFIS.



Str. Apolodor nr. 17, sector 5, 050741
Bucureşti, România
www.just.ro

COD: FP-01-03-ver.1

2



**Ataşamentul B, care conţine următoarele:**

- copia certificată a rechizitoriului din 28.05.2004 emis de Parchetul de pe lângă Curtea de Apel Târgu Mureş;
- copia certificată a sentinţei penale nr. 80 din 02.02.2010 a Judecătoriei Târgu Mureş;
- copia certificată a deciziei penale nr. 308/A din 07.1.2010 a Tribunalului Mureş;
- copia certificată a încheierii de amânare a pronunţării din 02.03.2011 a Curţii de Apel Târgu Mureş;
- copia certificată a deciziei penale nr. 140/R din 07.03.2011 a Curţii de Apel Târgu Mureş.

**Ataşamentul C:** copia certificată a mandatului de executare a pedepsei închisorii nr. 86/2010 din 03.01.2011 emis de Judecătoria Târgu - Mureş.

**Ataşamentul D, care conţine următoarele:**

- copia certificată a procesului verbal din 06.02.2004;
- copia certificată a adresei nr. 229.205/HR din 04.02.2004 a Inspectoratului General al Poliţiei Române, Centrul Zonal de Combatere a Crimei Organizate şi Antidrog Târgu Mureş;
- copia certificată a adresei nr. 229.205/HR din 17.02.2004 a Inspectoratului General al Poliţiei Române, Centrul Zonal de Combatere a Crimei Organizate şi Antidrog Târgu Mureş;
- declaraţiei co-inculpatului Călbază Nicolae din 15.03.2004;
- copia certificată a declaraţiei inculpatului Călbază Nicolae din 27.05.2004;
- copia certificată a declaraţiei inculpatului Kiss Attila din 20.04.2004;
- copia certificată a declaraţiei inculpatului Kiss Attila din 13.05.2005;
- copia certificată a traducerii în limba română a adresei emise de Ministerul de Interne spaniol, Comisariatul General pentru Străini şi Documentare.

Actele sunt însoţite de traduceri certificate în limba engleză.

În conformitate cu dispoziţiile art. 10 din Tratatul de extrădare între România şi Statele Unite ale Americii, semnat la Bucureşti, la 10 septembrie 2007, cererea de extrădare şi documentele anexate au fost certificate prin aplicarea ştampilei Ministerului Justiţiei al României.



Str. Apolodor nr. 17, sector 5, 050741
Bucureşti, România
www.just.ro

COD: FP-01-03-ver.1

3



În cazul în care, pentru soluţionarea prezentei cereri, sunt necesare informaţii şi date suplimentare, acestea vor fi transmise, de urgenţă, autorităţilor americane.

Ministerul Justiţiei al României mulţumeşte anticipat Departamentului de Justiţie al Statelor Unite ale Americii pentru amabila cooperare şi foloseşte această ocazie pentru a-i reînnoi asigurarea înaltei sale consideraţii.

Director
Viviana ONACA

Direcţia Drept Internaţional şi Cooperare Judiciară



Str. Apolodor nr. 17, sector 5, 050741
Bucureşti, România
www.just.ro

COD: FP-01-03-ver.1

4